UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR10-043-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JORDAN MICHAEL WOODALL, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on August 5, 2010.  The United States was represented by AUSA Matthew Pittman and the defendant by Nancy Tenney for Peter Avenia.  The proceedings were digitally recorded.

Defendant had been sentenced in the Eastern District of Washington (CR07-2032 EFS) on or about November 13, 2007 by the Honorable Edward F. Shea on a charge of Conspiracy Aiding and Abetting, and sentenced to 24 months custody, 3 years supervised release. (Dkt. 3 at 14-17.)

The conditions of supervised release included the standard conditions plus the requirements that defendant provide his probation officer with any financial information as

requested, disclose all assets and liabilities, be prohibited from transferring any assets without approval, submit to search, undergo a substance abuse evaluation and treatment, and submit to drug testing.   Jurisdiction of this case was transferred from the Eastern District of Washington to this District on February 27, 2010.  (Dkt. 3 at 2.) The conditions of supervision were modified on May 10, 2010 to require defendant to reside in a residential reentry center for up to 180 days. (Dkt. 7.)

In an application dated August 3, 2010 (Dkt. 8), U.S. Probation Officer Jonathan M. Ishii alleged the following violation of the conditions of supervised release:

1. Failing to satisfactorily participate in a residential reentry center program for up to 180 days, in violation of the special condition of supervised release.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred. (Dkt. 10.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 5th day of August, 2010.

Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:         Honorable Robert S. Lasnik
      AUSA:                   Matthew Pittman
      Defendant's attorney:   Peter Avenia, Nancy Tenney
      Probation officer:      Jonathan Ishii

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3